UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LESHAWN YOUNG, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

          v.

UPPER IOWA UNIVERSITY,

          Defendant.

------------------------------------- x

No.: 1:24-cv-1498

**NOTICE OF VOLUNTARY DISMISSAL**

     Plaintiff(s), LESHAWN YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, UPPER IOWA UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
       July 2, 2024

                                                  **GOTTLIEB & ASSOCIATES PLLC**

                                                  _/s/Michael A. LaBollita, Esq._

                                                    Michael A. LaBollita, Esq., (ML-9985)
                                                        150 East 18th Street, Suite PHR
                                                             New York, NY 10003
                                                                  Phone: (212) 228-9795
                                                                       Fax: (212) 982-6284
                                                                 Michael@Gottlieb.legal

                                                                  _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge